

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EMN:DAL
F.#2013R01206

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 21, 2013

By ECF

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. John Doe
                Miscellaneous Docket No. 13-1011 (RJD)

Dear Judge Dearie:

      The government respectfully submits the enclosed motion and proposed order to close the courtroom in this matter for a proceeding and requests that the motion and any order entered by the Court be filed under seal. Counsel for the defendant has been advised and provided with a copy of this letter and the enclosed motion and proposed order.

      The government further writes to confirm that a public hearing on the motion to close the courtroom has been scheduled in courtroom 10-A S for November 25, 2013 at 10:00 a.m.

                                Respectfully submitted,

                                LORETTA E. LYNCH
                                United States Attorney
                                Eastern District of New York

                    By:       /s/
                                Darren A. LaVerne
                                Assistant U.S. Attorney
                                718-254-6783

Encl. (submitted under seal)