Rec'd 12/5/13 ML

BEFORE JUDGE DEARIE
UNITED STATES DISTRICT JUDGE

DATE: **NOVEMBER 25, 2013 FROM 10:00AM TO 10:10AM**

CIVIL CAUSE FOR MOTION CONFERENCE

CASE: IN RE: COURT PROCEEDING
DOCKET NUMBER: MC 13- 1011(RJD)

COUNSEL FOR APPLICATION: AUSA DARREN LAVERNE

COURTREPORTER: RON TOLKIN

X    CASE CALLED FOR MOTION TO CLOSE COURTROOM.
COURT'S FINDING: NOTICE REQUIREMENTS HAVE BEEN COMPLIED WITH;
THE COURT GRANTS THE MOTION AND SIGNS THE ORDER ACCORDINGLY.
TRANSCRIPT OF PROCEEDING ORDERED SEALED.